# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS

ENTERED
09/08/2016

In Re:  
    Joseph Andrew Garcia & Maria G. Garcia

Case No. 11-20064

Debtor(s).

## Order for Payment of Unclaimed Funds

Upon the application of Santander Consumer USA, seeking payment of $ 1,155.78 representing funds previously unclaimed by

    Santander Consumer USA  
    Accounting and Finance Department  
    PO Box 660616  
    Dallas, TX 75266

a creditor or debtor in the above-entitled case, and it appearing from the application and supporting documentation that Santander Consumer USA is entitled to the unclaimed funds, it is

Ordered that the Clerk pay $ 1,155.78 to:

    Santander Consumer USA  
    c/o American Property Locators, Inc.  
    3855 S. Boulevard, Suite 200  
    Edmond, OK 73013

Signed this ___ day of _September_, 2016.

United States Bankruptcy Judge